IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____

**VAMPIRE FAMILY BRANDS, LLC**

       Plaintiff,

v.                                        Case No. 8:23-cv-01014-TPB-TGW

**DRACULA'S LEGACY, LLC,
ELENA RAMONA NEAMTU, and
VASILE RELU NEAMTU,**

       Defendants.
_____/

**EXHIBITS TO RESPONSE TO
MOTION FOR PARTIAL SUMMARY JUDGMENT**

| EXHIBIT NUMBER | DOCUMENT |
|---|---|
| A | California License Types |
| B | License Details – Alcoholic Beverage Control – Vampire |
| C | License Details – Alcoholic Beverage Control – Machat |
| C-1 | License Details – Alcoholic Beverage Control – TI Beverage |
| C-2 | License Details – Alcoholic Beverage Control – Bluebloods |
| D | June 21, 2024 Deposition Transcript of Michael Machat (Under Seal) |
| E | April 20, 2011 Statement of Use |
| E-1 | May 13, 2021 Declaration of Use |
| E-2 | USPTO Acceptance of Statement of Use |
| F | License Agreement with NOLA Café (Under Seal) |
| G | Louisiana trademark registration for "THE NEW ORLEANS VAMPIRE CAFÉ" |
| H | License Agreement with Cuzins (Under Seal) |
| I | U.S. Trademark Registration No. 3,319,536 for "DRACULA" |
| J | U.S. Trademark Registration No. 3,978,444 for "VAMPIRE" |
| K – R | Third Party Usage |
| S | Florida fictitious name registrations for vampire-related names |

| | |
|---|---|
| T | USPTO 732 live trademark applications or registrations including the word "Vampire" |
| U | Trademark Registration No, 6,154,351 is for "VAMPIRE FRIENDLY" |
| V | USPTO 781 live trademark applications or registrations including the word "Dracula" |
| W | Trademark Registration No. 5,980,794 for "DRACULA LAND" |
| X | U.S. Trademark Registration No. 6,584,126 for "THE DARK COUNT OF TRANSYLVANIA" |
| Y | U.S. Trademark Specimen No. 6,584,126 for "THE DARK COUNT OF TRANSYLVANIA" |
| Z | August 12, 2011 Assignment from Machat to Vampire Brands, LLC |
| AA | August 12, 2012 Assignment from Vampire Brands, LLC to Machat & Associates P.C |
| BB | June 1, 2019 Assignment from Machat & Associates P.C to Vampire Family Brands, LLC |
| CC | June 1, 2019 Assignment from Machat to Vampire Family Brands, LLC |
| DD | USPTO Docket for Registration No. 3,978,444 for "VAMPIRE" |
| EE | USPTO Docket for Registration No. 3,319,536 for "DRACULA" |
| FF | Michael Machat v Jaden Thompson aka Vaden Vampes aka Vampes Domains by Proxy |
| GG | Settlement Agreement with Amavi (Under Seal) |
| HH | Settlement Agreement with Budureasca (Under Seal) |
| II | Declaration of Ramona Neamtu |