# EXHIBIT II

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____

**VAMPIRE FAMILY BRANDS, LLC**

        Plaintiff,

v.                                  Case No. 8:23-cv-01014-TPB-TGW

**DRACULA'S LEGACY, LLC,
ELENA RAMONA NEAMTU, and
VASILE RELU NEAMTU,**

        Defendants.
_____/

## DECLARATION OF ELENA RAMONA NEAMTU

Pursuant to 28 U.S.C. § 1746, I, Elena Ramona Neamtu, hereby declare as follows:

1. I have personal knowledge of all matters set forth in this Declaration and verify that they are all true and correct. I make this declaration in opposition to Plaintiff's Motion for Partial Summary Judgment.

2. I am an individual domiciled in Tampa, Florida. My family and I immigrated from Romania to Canada in 2011, and later to the United States in 2019, to pursue a better life.

3. To pay homage to our Romanian heritage, my husband, Vasile Relu Neamtu, and I opened a small local wine bar called "Dracula's Legacy." In particular, the name of the wine bar pays homage to the legacy left behind by the Romanian hero Vlad the Impaler/Dracula. Dracula's Legacy opened its first

location in Saint Petersburg, Florida in 2019 and its second location in Tampa in 2023. My husband and I oversee and manage the wine bar at both locations.

4. Prior to moving to Canada in 2011, my husband and I owned and operated a bar in Romania named Mostenirea Lui Dracula. The name of the bar translates to "Dracula's Legacy" in English.

5. To follow the theme of "Dracula" and vampires, that originated in Transylvania, Romania, and to create a more immersive experience for our customers, we stylized Dracula's Legacy with vampire aesthetics, including signage and memorabilia, with various references to "vampires," "Vlad the Impaler," and the historical character "Dracula." Over time, Dracula's Legacy has attracted many patrons from all over who are intrigued by the bar's unique theme and the homage paid to the legacy of Vlad the Impaler/Dracula. Many of our customers are repeat customers who also come for the level of service Dracula's Legacy offers.

6. Years before this lawsuit, Plaintiff learned of our wine bar and sought to sell wine products to Dracula's Legacy—some of which we offered for sale the Dracula's Legacy in the years preceding this lawsuit.

7. To honor our Romanian heritage, it was important that Dracula's Legacy offer a selection of Romanian wines. To offer something unique to our customers, we began selling our own house wine branded under the Dracula's Legacy name. We obtained the wine from a Romanian wine producer (Budureasca) and an importer (Amavi). The wine producer and importer were also named defendants here and each separately negotiated a settlement

agreement with the Plaintiff, although I have not been a copy of these agreements to look at.

8. Upon learning of the sale of our house wine, Plaintiff began demanding that we either enter into a license with Plaintiff or change the name of the wine bar and stop the sale of wine called Dracula's Legacy. Plaintiff had not previously asked us to change our bar's name, notwithstanding we had purchased wine from him for years and communicated with him directly for years. Prior to filing this lawsuit, Plaintiff's principal also demanded that we assign ownership of our pending U.S. trademark application to him or his company.

9. Although we maintain that Dracula's Legacy as a name of wine does not infringe any rights Plaintiff may have, we attempted to appease Plaintiff by ceasing the sale of the Dracula's Legacy house wine following the filing of this lawsuit. Since then, the importer and distributor each entered into settlement agreements that are believed to have provided for payment to Plaintiff for each of the bottles of the accused wine.

10. On or around May 2019, we arranged for a graphic designer to develop a new logo for the wine bar. To add our own personal touch to the logo, we sought to have a logo that includes a unique depiction of Vlad the Impaler/Dracula with features resembling our son, Robert. Because the work was primarily focused on this unique depiction of the Dracula character, we used shorthand internally to refer to it as the "Dracula logo." In addition to developing the character design, we also instructed the designer to increase the font size of both the words "Dracula's" and "Legacy" under the new Dracula character.

3

11. On January 8, 2022, Dracula's Legacy filed a trademark application (U.S. Ser. No. 97/209,384 (the '384 App.") with the United States Patent and Trademark Office (USPTO) to pursue registration of our new Dracula's Legacy logo, , in connection with "Wine" and "Bar services featuring Wine, Bistro services." *See* **Exhibit 1** to Ramona Neamtu Declaration. My understanding is that, on its first review, the USPTO did not find any issues with our trademark application, other than administrative issues concerning ownership and how we had described the logo. I further understand that, after the USPTO had done this initial analysis, Mr. Machat sent a letter of protest to the USPTO. In response to this letter of protest, the USPTO issued a new action. Since by this time Mr. Machat had already instituted litigation against us, the USPTO then eventually suspended our trademark application. On June 20, 2024, the USPTO issued a Suspension Notice stating that examination of the '384 App. would be suspended until the present lawsuit is resolved. *See* **Exhibit 2** to Ramona Neamtu Declaration.

12. Dracula's Legacy offers a variety of food and beverage options to our customers. To make our offerings more playful, we highlighted certain wines as being the preferred selection of Vlad the Impaler/Dracula. As such, our menus include a section titled "Dracula's Favorites" to allow patrons to select a wine we would like to believe Vlad the Impaler/Dracula himself would choose. The

"Dracula's Favorites" section refers to the character Dracula's favorites, not Dracula's Legacy's favorites. *See* [Dkt. 90-7] at 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of November, 2024.

_____
Elena Ramona Neamtu

5