# EXHIBIT A

*DRAFT*
*COVENANT NOT TO SUE*

This Covenant Not to Sue ("Covenant") is made by VAMPIRE FAMILY BRANDS, LLC, a Delaware Limited Liability Company having a principal place of business at 6019 Olivas Park Drive, Ste. B, Ventura, CA 93003 ("VFB"), and is effective as of March 1, 2026 ("Effective Date").

*RECITALS*

WHEREAS, on May 8, 2023, VFB commenced civil action number 08:23-CV-1014 against Dracula's Legacy, LLC, a Florida limited liability company, Elena Ramona Neamtu, and Vasile Relu Neamtu, the owners of Dracula's Legacy, LLC together ("Dracula's Legacy Defendants") in the United States District Court for the Middle District of Florida (the "Civil Action") asserting claims for trademark infringement under Section 32(1) of the Lanham Act and false designation of origin/unfair competition under Section 43(a) of the Lanham Act, all in relation to various marks owned by VFB, including the DRACULA mark for wine, trademark registration number 3319536, the VAMPIRE mark for wine, trademark registration number 2263907, and the VAMPIRE mark for restaurant and bar services, trademark registration number 3978444;

WHEREAS, the complaint was amended (the "First Amended Complaint") to include a Romanian winery defendant SC Viile Budureasca SRL, ("the Romanian winery") and a US importer defendant, Amavi Vinum, LLC ("the importer.")

1

WHEREAS, the complaint was amended a second time in which VFB deleted the names of the Romanian winery and importer (who had settled their claims with VFB) and in which VFB deleted related State Claims (the "Second Amended Complaint") and

~~WHEREAS, VFB's principal goal of the lawsuit was to prevent the Dracula's Legacy Defendants from using Dracula as the name for wine.~~

WHEREAS, through separate settlement agreements with the Romanian winery and the importer, VFB has been able to stop the flow of infringing wine bearing the DRACULA mark;

WHEREAS, ~~VFB has determined that the~~ Dracula's Legacy Defendants have <ins>voluntarily</ins> discontinued selling wine ~~bearing the DRACULA mark~~<ins>branded with their "DRACULA'S LEGACY" name and logo</ins>;

WHEREAS, VFB is satisfied that now that ~~the flow of wine bearing the DRACULA mark has been discontinued by the Dracula's Legacy Defendants and cut off at the source, the other~~ <ins>the allegations</ins>~~actions~~ complained of in the Complaint, the First Amended Complaint, and Second Amended Complaint, no longer rise to a level sufficient to warrant the substantial time and expense of continued litigation through trial;

WHEREAS, VFB previously issued a COVENANT NOT TO SUE to the Dracula's Legacy Defendants <ins>with respect to the "Vampire" mark</ins> and thereafter filed a motion to dismiss the Civil Action without prejudice;

WHEREAS, the Court in the Civil Action held a hearing on the motion to dismiss (reflected in Dkt. No. 121) and issued an order (Dkt. No. 123) with <ins>the following</ins> Conditions<ins>: (1) dismissal of VFB's claims will be *with* prejudice and (2) in addition to the prior covenant</ins>

2

not to sue for infringement of the "Vampire" mark, VFB must give the Dracula's Legacy Defendants a release or covenant not to sue for infringement of VFB's "Dracula" mark; and

~~WHEREAS, VFB wishes to conserve resources relating to its enforcement of its various DRACULA and VAMPIRE Marks; and~~

NOW, THEREFORE, VFB amends its prior Covenant Not to sue, and now covenants as follows:

*COVENANT*

VFB for and on behalf of itself, its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contract manufacturers, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees, agents, distributors, attorneys, representatives, and employees of such entities, hereby unconditionally and irrevocably covenants to refrain from making any claim(s) or demand(s), or from commencing, causing, or permitting to be prosecuted any action in law or equity, or any action before an administrative tribunal, against the Dracula's Legacy Defendants, including formerly dismissed Defendant Robert Neamtu, or any of ~~its~~ their assigns on account of any possible cause of action ~~based on or involving trademark infringement, unfair competition, or dilution,~~ under state or federal law in the United States or anywhere in the world based upon or relating to: (1) U.S. Trademark Registration ~~N~~numbers 3978444, 2263907, 3290011, 3669827, 4776927, 5444375, 6329522 for the mark VAMPIRE ~~for restaurant and bar services~~, ~~or based upon the~~(2) Dracula's Legacy Defendants' alleged use of the foregoing U.S. Trademark Registration Numbers 3978444,

3

2263907, 3290011, 3669827, 4776927, 5444375, 6329522~~3978444~~, regardless of whether the Dracula Defendants' alleged infringing use of ~~U.S. Trademark Registration 3979444~~the aforementioned Registrations is ~~before or after the Effective Date of this Covenant~~, (3) Dracula's Legacy Defendants' alleged use of any formatives or other marks similar to the VAMPIRE mark, or (4) Dracula's Legacy Defendants' alleged misappropriation or infringement of any trademark (registered or unregistered) or other intellectual property right, now or in the future, owned by VFB or its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contract manufacturers, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees, agents, distributors, attorneys, representatives, and employees of such entities.

Furthermore, VFB hereby unconditionally and irrevocably covenants to refrain from making any claim(s) or demand(s), or from commencing, causing, or permitting to be prosecuted any action in law or equity, or any action before an administrative tribunal, against the Dracula's Legacy Defendants, including formerly dismissed Defendant Robert Neamtu, or any of ~~its~~ their assigns on account of any possible cause of action ~~based on or involving trademark infringement, unfair competition, or dilution,~~ under state or federal law in the United States or anywhere in the world based upon or relating to any trademark (registered or unregistered) or other intellectual property right, now or in the future, owned by VFB or its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contract manufacturers, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees,

4

agents, distributors, attorneys, representatives, and employees of such entities, including ~~the~~ (1) U.S. Trademark Registration ~~N~~number<u>s</u> 3319536 and 6562370 for the mark DRACULA, (2) U.S. Trademark Registration Number 3082097 for the mark VAMPYRE, and (3) any formatives or other marks similar to the DRACULA and VAMPYRE marks, with respect to and in connection with ~~restaurant and bar services only and that would prevent the Dracula's Legacy Defendants or any of its assigns from continuing to operate their wine bars as they are currently being operated~~any aspect of Dracula's Legacy Defendants' business activities and operation of the Dracula's Legacy wine bars.

      For sake of clarity, this Covenant is not intended to and shall not prevent Plaintiff from filing suit in the future in the event Defendants engage in ~~arguably infringing conduct that differs from their current operations and sales, such as for example,~~ resuming sales of wines labeled "Dracula's Legacy" ~~or the like~~ outside of the premises of their wine bars.

/s/ _____

By: Michael Machat

Title: CEO/President

VAMPIRE FAMILY BRANDS, LLC

5