IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

VAMPIRE FAMILY BRANDS, LLC

        Plaintiff,

                              Case No. 8:23-cv-01014-TPB-TGW

v.

DRACULA'S LEGACY, LLC,
ELENA RAMONA NEAMTU, and
VASILE RELU NEAMTU,

        Defendants.

_____/

## NOTICE OF FILING

Defendants, Dracula's Legacy, LLC, Elena Ramona Neamtu, and Vasile Relu Neamtu, hereby give notice of a revised Exhibit A to their Response to Plaintiff's, Vampire Family Brands, LLC's, Time Sensitive Motion to Dismiss [Dkt. 124] as filed on March 4, 2026. *See* [Dkt. 125]. Defendants inadvertently filed a redline of a working draft of their proposed edits to the revised covenant that was not the final version circulated to Plaintiff on February 26, 2026. Defendants are promptly seeking to file their revised Exhibit A upon receiving notice from Plaintiff that the

1

incorrect version of Defendants' revised covenant was inadvertently filed with their Response.

Based on the foregoing, Defendants hereby give notice of filing as Exhibit A to their Response to Plaintiff, Vampire Family Brands, LLC's, Time Sensitive Motion to Dismiss [Dkt. 124], as filed on March 4, 2026, the correct version of Defendants' proposed edits to the revised covenant that was circulated to Plaintiff on February 26, 2026.

March 4, 2026                       */s/ Brian J. Paul*
                                    Woodrow H. Pollack
                                    Lead counsel
                                    Florida Bar No. 26802
                                    Brian Paul
                                    Florida Bar No. 1018684
                                    **SHUTTS & BOWEN, LLP**
                                    4301 W Boy Scout Blvd
                                    Suite 300
                                    Tampa, FL 33607
                                    (813) 463-4894
                                    wpollack@shutts.com
                                    bpaul@shutts.com

                                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on <u>March 4, 2026</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

                                                 <u>*/s/ Brian J. Paul*</u>
                                                 Brian J. Paul